E.S.

v.

B.F.

2140394

Court of Civil Appeals of Alabama.

02/26/2015

Transferred to Jefferson Cir. Ct. for trial de novo pursuant to Rule 28(D), Ala. R.Juv.P.

Sheri COSTANTINI

v.

Robert J. COSTANTINI

2140402

Court of Civil Appeals of Alabama.

03/24/2015

Dismissed

EX PARTE BERNARD BUGGS INV. CO., Bernard Buggs, individually, et al.

(In re: State

v.

Bernard Buggs Inv. Co., Bernard Buggs, individually, et al.)

2140418

Court of Civil Appeals of Alabama.

02/25/2015

Mand. pet. dismissed

Mark MARVIN

v.

BAPTIST HEALTH et al.

2140424

Court of Civil Appeals of Alabama.

03/10/2015

Transferred to Sup. Ct. for lack of subject-matter jurisdiction